**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A COMPLAINT AND AN ARREST WARRANT**

I, Michael Agostinho, being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with United States Department of Homeland Security (DHS), Immigrations and Customs Enforcement, Homeland Security Investigations (HSI), and am assigned to the office of the Resident Agent in Charge, Providence, RI. I have been an agent of HSI since 2008. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to, violations of 18 U.S.C. §§ 2422, 2251, 2252, and 2252A. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256). I am writing this affidavit in support of an application for a complaint and arrest warrant charging the defendant, WILLIAM SCHOCK, with Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

2. On August 19, 2020, I applied for and obtained a federal search warrant for the premises located at 236 Kenyon Avenue, South Kingstown, RI. This is SCHOCK's residence. That warrant and its accompanying affidavit (Case No. 20-sw-299-LDA) are attached as Exhibit 1 and are incorporated by reference.

3. On August 27, 2020, Homeland Security Investigations (HSI) Providence agents, assisted by the Rhode Island State Police (RISP) and members of the Internet Crimes Against Children (ICAC) Task Force, executed this federal search warrant at 236 Kenyon Ave,

Wakefield, RI 02879.  After knocking and announcing at the front door, law enforcement encountered David Schock, Shirley Schock and WILLIAM SCHOCK ("SCHOCK").

4.  HSI Special Agent (SA) James Richardson and I conducted a consensual interview of WILLIAM SCHOCK.  SCHOCK was given his written Miranda Rights.  SCHOCK waived his rights and agreed to speak with us.  SCHOCK admitted to possessing, receiving and distributing child pornography.  SCHOCK acknowledged that he knows what child pornography is and that he knows it is illegal.

5.  SCHOCK admitted to having a current Kik account, but said he wasn't sure of the username.  SCHOCK then stated that he thought the username was Will with some numbers after it.  SCHOCK admitted to having other Kik usernames that were shut down by Kik.  When asked about Kik username "will23345", SCHOCK admitted that that was his old Kik user name.  When asked about "will78890", SCHOCK admitted that was "possibly" an old Kik username that he used.

6.  RISP Forensic Analyst (FA) Gerald Gent conducted an on-scene preview of SCHOCK's Samsung Galaxy Note 10 cell phone (Samsung SM-N970U) , serial number R58M84PNPNT.  FA Gent located an application on the cell phone that was used for file storage and was password protected.  Once inside the application, FA Gent discovered numerous videos that depicted prepubescent minors engaged in sexual activity.  These were located on an application on the cell phone, called AppLock.

   a.  One video FA Gent found on the cell phone was Movies1577648043028.mp4.  This video is a compilation of several videos depicting child pornography, to include depictions of prepubescent females with adult male penis being inserted into their mouths, an adult male inserting his penis into a prepubescent female's vagina, juvenile

females manipulating an adult male's penis, and juvenile females (include prepubescent females) engaged in oral sex with one another.

        b.        Another video on the cell phone discovered by FA Gent was Movies1577648061602.mp4.  This video depicts a prepubescent female dancing with no pants on and completely nude with the camera focusing on and zooming in on her vagina and buttocks.

        7.        For all of the foregoing reasons, I believe there is probable cause to believe that defendant, WILLIAM SCHOCK, distributed child pornography in violation of 18 U.S.C. § 2252(a)(2) and possessed child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).

Sworn to under the pains and penalties of perjury,

_____
Michael A. Agostinho
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone**.  **Sworn telephonically and signed electronically**
*(specify reliable electronic means)*

| August 27, 2020 | _____ |
| :---: | :---: |
| *Date* | *Judge's signature* |
| **Barrington, RI** | Hon. Patricia A. Sullivan, U.S. Magistrate Judge |
| *City and State* | *Printed name and title* |

3